IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN F. STEINHAUSER,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No. 5D22-1176
LT Case Nos.  2015-CF-719-A
              2015-CF-876-A

Decision filed July 19, 2022

3.800 Appeal from the Circuit Court
for Lake County,
Larry Metz, Judge.

John F. Steinhauser, Lowell, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


COHEN, WALLIS and WOZNIAK, JJ., concur.